AO 442(Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

KATSIARYNA KABIARETS

**WARRANT FOR ARREST**

CASE NUMBER: 05- 130 M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Katsiaryna Kabiarets, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

**charging her with** (brief description of offense)

during and in relation to a felony violation of 18 U.S.C. § 1344, bank fraud, knowingly transferring, possessing and using, without lawful authority, means of identification of other persons,

in violation of Title __18__ United States Code, Section (s) __1028A_____.

Honorable Mary Pat Thynge
Name of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

Signature of Issuing Officer

November 18, 2005    Wilmington, Delaware
Date and Location

Bail fixed at $ _____  by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | Special Agent Michael Maystrong USSS |  |
| DATE OF ARREST 11/21/05 |  |  |

AO 442 (Rev. 12/85) Warrant for Arrest